UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   Case No. 1:12-cv-00086-TWP-DKL |
| ACCORD HEALTHCARE, INC., | ) ) ) |
| Defendant. | ) |

**ORDER GRANTING MOTION TO CONSOLIDATE**

Upon the motion of Plaintiff for an order granting its motion to consolidate for all purposes, Defendants having no objection and for good cause, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion to Consolidate is GRANTED;

2. *Eli Lilly and Company v. Apotex Corp. and Apotex Inc.*, Case No. 1:12-cv-00499-TWP-DKL, is hereby consolidated with and under this action for all purposes. All filings shall be made under Case No. 1:12-cv-00086-TWP-DKL.

3. Parties are to meet, confer and submit a mutually agreeable unified Case Management Plan (CMP) within 10 days. If the parties are unable to agree the Court will determine the CMP dates.

Date: 07/23/2012 _____

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution by ECF

INDS02 AZD 1227029v1