UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) No. 1:12-cv-00086-TWP-DKL |
| ACCORD HEALTHCARE, INC., USA, | ) |
| | ) |
| Defendant. | ) |

## SCHEDULING ORDER

Having approved the Case Management Plan as amended, the Court hereby sets the final pretrial conference on <u>June 18, 2014, at 9:00 a.m.</u>, in Room 330, and the bench trial to begin on <u>July 7, 2014, at 9:00 a.m.</u>, in Courtroom 344, Birch Bayh Federal Building and United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana.  The final pretrial conference is for attorneys only.  At the final pretrial conference, Counsel shall be prepared to discuss the status of the action, including all matters requiring completion preparatory to trial.

Date: 04/09/2013

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Anne N. DePrez
BARNES & THORNBURG LLP
adeprez@btlaw.com

Jan M. Carroll
BARNES & THORNBURG LLP
jan.carroll@btlaw.com

Linda L. Vitone
KATZ & KORIN P.C.
lvitone@katzkorin.com

Offer Korin
KATZ & KORIN P.C.
okorin@katzkorin.com

Sally F. Zweig
KATZ & KORIN P.C.
szweig@katzkorin.com

Brian P. Murray
RAKOCZY MOLINO MAZZOCHI SIWIK, LLP
bmurray@rmmslegal.com

John D. Polivick
RAKOCZY MOLINO MAZZOCHI SIWIK, LLP
jpolivick@rmmslegal.com

Paul J. Molino
RAKOCZY MOLINO MAZZOCHI SIWIK, LLP
paul@rmmslegal.com

Rachael Pernic Waldron
RAKOCZY MOLINO MAZZOCHI SIWIK, LLP
rpernicwaldron@rmmslegal.com

William A. Rakoczy
RAKOCZY MOLINO MAZZOCHI SIWIK, LLP
wrakoczy@rmmslegal.com

James W. Riley, Jr.
RILEY BENNETT & EGLOFF LLP
jriley@rbelaw.com

Chandran B. Iyer
SUGHRUE MION, PLLC
cbiyer@sughrue.com

Chidambaram S. Iyer
SUGHRUE MION, PLLC
ciyer@sughrue.com

Michael R. Dzwonczyk
SUGHRUE MION, PLLC
mdzwonczyk@sughrue.com

Andrew V. Trask
WILLIAMS & CONNOLLY
atrask@wc.com

Adam L. Perlman
WILLIAMS & CONNOLLY LLP
aperlman@wc.com

Bruce Roger Genderson
WILLIAMS & CONNOLLY LLP
bgenderson@wc.com

David M. Krinsky
WILLIAMS & CONNOLLY, LLP
dkrinsky@wc.com

Dov P. Grossman
WILLIAMS & CONNOLLY, LLP
dgrossman@wc.com

Ellen E. Oberwetter
WILLIAMS & CONNOLLY, LLP
eoberwetter@wc.com

Megan A. Hughes
WILLIAMS & CONNOLLY, LLP
mhughes@wc.com