**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| ELI LILLY AND COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:12-cv-00086-TWP-DKL |
| | )           (consolidated) |
| ACCORD HEALTHCARE, INC., | ) |
| APOTEX, INC. and APOTEX CORP., | ) |
| | ) |
| Defendants. | ) |

### APOTEX'S RESPONSE TO THE COURT'S ORDER ON APOTEX'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT 1 TO APOTEX'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT ITS PRELIMINARY INVALIDITY CONTENTIONS

Defendants, Apotex, Inc. and Apotex Corp. (collectively, "Apotex"), by counsel, submit their response to the Court's Order on Apotex's Motion for Leave to File Under Seal Exhibit 1 to Apotex's Unopposed Motion for Leave to Supplement Its Preliminary Invalidity Contentions [Dkt. 66], and in support thereof, state as follows:

Apotex moved to file Exhibit 1 to Apotex's Unopposed Motion for Leave to Supplement Its Preliminary Invalidity Contentions under seal because Exhibit 1 contained material that Plaintiff Eli Lilly and Company ("Lilly") designated as "confidential" under the Stipulated Protective Order [Dkt. 59], as well as Apotex proprietary business information. Apotex no longer maintains that Exhibit 1 contains Apotex proprietary business information. Exhibit 1 does, however, contain information that Lilly has designated as "confidential."

Attached hereto as Exhibit A is a redacted version of Exhibit 1. The redacted portions contain information derived from documents that Lilly has designated as "confidential" under the Stipulated Protective Order. Lilly has confirmed to Apotex that it wishes to maintain its

"confidential" designation with respect to the redacted portions. Because Apotex has no knowledge of Lilly's basis for maintaining this material as "confidential", Lilly is the appropriate party to respond to this Court as to why the redacted portions meet the requirements to be maintained under seal.

Respectfully submitted,

\_\_s/ Sally Franklin Zweig_____
Sally Franklin Zweig, No. 11367-49
Offer Korin, No. 14014-49
Linda L. Vitone, No. 23389-29
Katz & Korin, PC
334 North Senate Avenue
Indianapolis, Indiana 46204
Office: (317) 464-1100; Fax: (317) 464-1111
E-mail: szweig@katzkorin.com
okorin@katzkorin.com
lvitone@katzkorin.com

William A. Rakoczy
Paul J. Molino
Rachel Pernic Waldron
John D. Polivick
Brian P. Murray
Rakoczy, Molino, Mazzochi, Siwik, LLP
6 West Hubbard Str.; Suite 500
Chicago, IL 60654
Office: 312-222-7543; Fax: 312-222-7544
E-mail: wrakoczy@rmmslegal.com
paul@rmmslegal.com
rpernicwaldron@rmmslegal.com
jpolivick@rmmslegal.com
bmurray@rmmslegal.com

*Counsel for Defendants, Apotex, Inc. and Apotex Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of July, 2013, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's ECF. Parties may access this filing through the Court's system:

| | |
|---|---|
| Jan M. Carroll (Pltf) <br> Barnes & Thornburg, LLP | Jan.carroll@btlaw.com |
| Bruce R. Genderson (Pltf) <br> Williams & Connolly, LLP | bgenderson@wc.com |
| Dov P. Grossman (Pltf) <br> Williams & Connelly, LLP | dgrossman@wc.com |
| Megan A. Hughes (Pltf) <br> Williams & Connelly, LLP | mhughes@wc.com |
| David M. Krinsky (Pltf) <br> Williams & Connelly, LLP | dkrinsky@wc.com |
| Ellen E. Oberwetter (Pltf) <br> Williams & Connelly, LLP | eoberwetter@wc.com |
| Adam L. Perlman (Pltf) <br> Williams & Connelly, LLP | aperlman@wc.com |
| Anne N. DePrez (Pltf) <br> Barnes & Thornburg, LLP | Anne.deprez@btlw.com |
| Andrew Trask (Pltf) <br> Williams & Connelly, LLP | atrask@wc.com |
| Sally Franklin Zweig (Apotex) <br> Katz & Korin, PC | szweig@katzkorin.com |
| Offer Korin (Apotex) <br> Katz & Korin, PC | okorin@katzkorin.com |
| Linda L. Vitone (Apotex) <br> Katz & Korin, PC | lvitone@katzkorin.com |
| William A. Rakoczy (Apotex) <br> Rakoczy, Molino, Mazzochi, Siwik, LLP | wrakoczy@rmmslegal.com |
| Paul J. Molino (Apotex) <br> Rakoczy, Molino, Mazzochi, Siwik, LLP | paul@rmmslegal.com |
| Rachel Pernic Waldron (Apotex) <br> Rakoczy, Molino, Mazzochi, Siwik, LLP | rpernicwaldron@rmmslegal.com |
| John D. Polivick (Apotex) <br> Rakoczy, Molino, Mazzochi, Siwik, LLP | jpolivick@rmmslegal.com |
| Brian P. Murray (Apotex) <br> Rakoczy, Molino, Mazzochi, Siwik, LLP | bmurray@rmmslegal.com |

| Chandran B. Iyer (Accord)<br>Sughrue Mion, PLLC | cbiyer@sughrue.com |
|---|---|
| Chidambaram S. Iyer (Accord)<br>Sughrue Mion, PLLC | ciyer@sughrue.com |
| James W. Riley, Jr. (Accord)<br>Riley, Bennett & Egloff, LLP | jriley@rbelaw.com |
| Michael R. Dzwonczyk (Accord)<br>Sughrue Mion PLLC | mdzwonczyk@sughrue.com |

                                                  s/ Sally Franklin Zweig
                                                  Sally Franklin Zweig

Katz & Korin, PC
334 North Senate Avenue
Indianapolis, Indiana 46204
Office: (317) 464-1100; Fax: (317) 464-1111