# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ELI LILLY AND COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:12-cv-00086-TWP-DKL |
| | ) |
| ACCORD HEALTHCARE, INC., USA, | ) |
| APOTEX INC., and APOTEX CORP., | ) |
| | ) |
| Defendants. | ) |
| | ) |

### ORDER GRANTING MOTION TO STAY LILLY/ACCORD ACTION
### AND BE BOUND BY RESULT IN TEVA/APP ACTION

Upon the Joint Motion ("Joint Motion") of Plaintiff Eli Lilly and Company ("Lilly") and Defendant Accord Healthcare, Inc., USA ("Accord") to stay the actions between Lilly and Accord and for an order that Lilly and Accord be bound by the outcome of the pending litigation in *Eli Lilly and Company v. Teva Parenteral Medicines, Inc., et al.*, Case No. 1:10-cv-1376-TWP-DKL ("the Teva/APP Litigation"), IT IS HEREBY ORDERED that:

1. The Joint Motion of Lilly and Accord is GRANTED.

2. Lilly's action against Accord and Accord's action against Lilly in this matter shall remain STAYED pending the final disposition of the Teva/APP Litigation in accordance with the terms and conditions set forth in the Joint Motion.

3. Within 60 days following the final disposition of the Teva/APP Litigation, the parties are directed to confer, prepare, and file jointly a proposed final judgment order, or, if appropriate, a status report, in conformance with the agreements set forth in their Joint Motion.

2

Date: 10/15/2013

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution: All counsel of record (via ECF)