# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) No. 1:12-cv-00086-TWP-DKL |
| ACCORD HEALTHCARE, INC., USA, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On October 15, 2013, this Court granted parties' joint motion to stay this matter pending the final disposition of the litigation in *Eli Lilly and Company v. Teva Parenteral Medicines, Inc. et al.,* Case No. 1:10-cv-1376-TWP-DKL (Dkt. 77). Accordingly, the final pretrial conference set June 18, 2014 and the bench trial set July 7, 2014 are VACATED.

Date: 05/14/2014

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Anne N. DePrez
BARNES & THORNBURG LLP
adeprez@btlaw.com

Jan M. Carroll
BARNES & THORNBURG LLP
jan.carroll@btlaw.com

Offer Korin
KATZ & KORIN P.C.
okorin@katzkorin.com

Sally F. Zweig
KATZ & KORIN P.C.
szweig@katzkorin.com

Brian P. Murray
RAKOCZY MOLINO MAZZOCHI SIWIK, LLP
bmurray@rmmslegal.com

John D. Polivick
RAKOCZY MOLINO MAZZOCHI SIWIK, LLP
jpolivick@rmmslegal.com

Paul J. Molino
RAKOCZY MOLINO MAZZOCHI SIWIK, LLP
paul@rmmslegal.com

Rachael Pernic Waldron
RAKOCZY MOLINO MAZZOCHI SIWIK, LLP
rpernicwaldron@rmmslegal.com

William A. Rakoczy
RAKOCZY MOLINO MAZZOCHI SIWIK, LLP
wrakoczy@rmmslegal.com

James W. Riley, Jr.
RILEY BENNETT & EGLOFF LLP
jriley@rbelaw.com

Chandran B. Iyer
SUGHRUE MION, PLLC
cbiyer@sughrue.com

Chidambaram S. Iyer
SUGHRUE MION, PLLC
ciyer@sughrue.com

Michael R. Dzwonczyk
SUGHRUE MION, PLLC
mdzwonczyk@sughrue.com

Andrew V. Trask
WILLIAMS & CONNOLLY
atrask@wc.com

Adam L. Perlman
WILLIAMS & CONNOLLY LLP
aperlman@wc.com

Bruce Roger Genderson
WILLIAMS & CONNOLLY LLP
bgenderson@wc.com

David M. Krinsky
WILLIAMS & CONNOLLY, LLP
dkrinsky@wc.com

Dov P. Grossman
WILLIAMS & CONNOLLY, LLP
dgrossman@wc.com

Ellen E. Oberwetter
WILLIAMS & CONNOLLY, LLP
eoberwetter@wc.com

Megan A. Sidall
WILLIAMS & CONNOLLY, LLP
msiddall@wc.com